IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONALD ANDRE GOODSON,** | ) | |
| Petitioner, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:23cv585-MHT |
| | ) | (WO) |
| **WARDEN PHYLLIS MORGAN,** | ) ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is dismissed because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 30th day of October, 2023.

                                 /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**